IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CASE NO. DNCW3:00CR112-1 |
| | ) | |
| ARTHUR GLENN HASTY | ) | |
| Defendant, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| HARRIS VENTURES INC, | ) | |
| Garnishee. | ) | |

**DISMISSAL OF WRIT OF CONTINUING GARNISHMENT**

Upon motion of the United States for the reasons stated therein and for good cause shown, it is ORDERED that the Writ of Continuing Garnishment filed in this case against Defendant Arthur Glenn Hasty is DISMISSED.

Richard L. Voorhees
United States District Judge